IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAMIEN PIERCE,
                  *Plaintiff*
          v.

PECO ENERGY COMPANY,
               *Defendant*

:
:
:
:
:
:
:
:

CIVIL ACTION

No. 19-4073

## ORDER

AND NOW, this 29th day of September, 2021, upon consideration of PECO's Motion for

Summary Judgment (Doc. Nos. 29 and 31),[1] Mr. Pierce's Opposition (Doc. No. 38), and PECO's

Replies (Doc. Nos. 41 and 54), it is **ORDERED** that:

1. The Motion (Doc. Nos. 29 and 31) is **GRANTED**. Mr. Pierce's complaint is

   dismissed without prejudice.

2. PECO's Motion in Limine (Doc. No. 45) is **MOOT**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including

   statistics.

BY THE COURT:

**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

---

[1]    PECO filed duplicative motions for summary judgment before this Court mooted the Motion to Seal. Doc.
No. 57.